NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFRED P. SCHULTE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7075

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-0539, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

ORDER

Upon consideration of Alfred P. Schulte's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

JUL 2 1 2010                    /s/ Jan Horbaly
Date                           Jan Horbaly
                               Clerk

cc:  Alfred P. Schulte
     Steven M. Mager, Esq.

s21

Issued As A Mandate:  ___JUL 2 1 2010___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2010

JAN HORBALY
CLERK